UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-29-21
```

GIANNIS ANTETOKOUNMPO,

        Plaintiff,

    v.

EPIC CASES, LLC,

        Defendant.

20-CV-9801 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    According to the joint letter submitted by the parties on January 28, 2021, the parties have reached a settlement on all issues. Dkt. 14. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    January 29, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge